IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KAY PRIES, *et al.*, | ) </br> ) </br> ) </br> ) |
| Plaintiffs, | ) </br> ) |
| v. | )    CIVIL ACTION NO. 5:20-CV-353 (MTT) </br> ) |
| GREENPATH, INC., | ) </br> ) </br> ) </br> ) |
| Defendant. | ) </br> ) |

## ORDER

This case turns on the interpretation of a Georgia statute. The Georgia Debt Adjustment Act states that "it shall be unlawful for any person to accept from a debtor who resides in this state, either directly or indirectly, any charge, fee, contribution, or combination thereof *in an amount in excess of 7.5 percent of the amount paid monthly by such debtor to such person for distribution to creditors of such debtor*." O.C.G.A. § 18-5-2 (emphasis added). No Georgia court has given guidance on the interpretation of the emphasized language. As a matter of comity, this Court concludes that the Georgia Supreme Court should be afforded an opportunity to determine the statute's meaning. Accordingly, the Court certifies the following question to the Supreme Court of Georgia:

> Does Georgia's Debt Adjustment Act prohibit a debt adjustment company from charging the debtor a fee in excess of 7.5 percent of (a) the amount which the debt adjustment company distributes each month to the debtor's creditors or (b) the amount the debtor pays each month to the debt adjustment company for distribution to creditors?

-2-

The Clerk of the Middle District of Georgia is directed to transmit this Order, along with the entire record, to the Supreme Court of Georgia pursuant to Rule 47 of the Rules of the Supreme Court of Georgia.

**SO ORDERED**, this 22nd day of February, 2021.

S/ Marc T. Treadwell<br>
MARC T. TREADWELL, CHIEF JUDGE<br>
UNITED STATES DISTRICT COURT