IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| KAY PRIES, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:20-cv-00353-MTT |
| | * |
| GREENPATH INC. | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated May 6, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 6th day of May, 2021.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk